UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov

_6th_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Garfield Stoney          JOINT DEBTOR: Patricia Stoney          CASE NO.: 12-29822-BKC-RBR

Last Four Digits of SS# __2207__          Last Four Digits of SS# __3606__

This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ _3841.31_ for months _1_ to _4_;
  B. $ _4329.76_ for months _5_ to _60_;
  C. $ _____ for months ____ to ____; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ _3,500 + $750 + $750 + $750 + $750 + $500 = $7000_ TOTAL PAID $7000 Balance Due $ 0

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: N/A

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Equity (POC#11-1) (Second Mortgage) (Acct#4671) | Debtors' homestead at 9610 W Fern Lane, Miramar, FL<br><br>Value of Property: $80,000.00<br><br>Value of Mortgagee's Interest in the Property: $ 0 | N/A | $ 0 | N/A | N/A |
| Bank United (POC 5-1) (Taxes and Insurance will be paid through the plan and held in escrow by the lender going forward) (Acct#5419) | Debtors' non-homestead at 9341 E. Heather Lane, Miramar, FL<br><br>Value of Property: $78,979.11<br><br>Value of Mortgagee's Interest in the Property: $ 78,979.11 | 5.25 % | $1423.95<br><br>$1868.00 (includes $1,499.50 of principal and interest plus $338.89 of escrows for taxes and insurance) | 1 To 4<br><br>5 To 60 | $110,304.00 |
| Citi Bank N.A. (POC#8-1) (first mortgage) (Acct#0506) | Debtors' non-homestead at 6971 SW 5 Street, Pembroke Pines, FL<br><br>Value of Property: $95,000.00<br><br>Value of Mortgagee's Interest in the Property: $95,000.00 | 5.25 % | $1803.67 | 1 To 60 | $108,220.11 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
1._____ Total Due $ _____ Payable $ _____ /month (Months ____ to ____) Regular Payment $ _____

<u>Unsecured Creditors</u>: Pay $264.48/ month (Months 1 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current in their payments to Bank United (Acct # 5377), Meadows of Miramar Phase II HOA, Inc. (Acct # 6890) and Broward County Tax Collector (Acct # 1030) for the homestead property located at 9610 W Fern Lane, Miramar, FL and shall continue paying directly and outside the plan. Debtors are current in their payment to Meadows of Miramar Phase I HOA, Inc. (Acct # 6702) for the non-homestead property located at 9341 Heather Lane, Miramar, FL and shall continue paying directly and outside the plan. Debtors are current in their payments to Broward County Tax Collector (Acct # 0980) for the non-homestead property located at 6971 SW 5 Street, Pembroke Pines, FL and shall continue paying directly and outside the plan. Debtors surrender their interest in the non-homestead property located at 316 Wilson Lane, Lake Placid, FL to Heartland National Bank and the Highlands County Tax Collector. Debtors surrender their interest in the non-homestead property located at 9621 W. Fern Lane, Miramar, FL to Bank United (Acct#5740), Meadows of Miramar Phase II HOA, Inc. (Acct # 6893) and the Broward County Tax Collector.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/ Richard Adams, Esq.  
For Debtor:Garfield Stoney  
Date: January 16, 2013

/s/ Richard Adams, Esq.  
For Joint Debtor: Patricia Stoney  
Date January 16, 2013